UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER D. WARSAW,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>CAPTAIN J. GARCIA, CDCR A.W - A MAY AND STAFF A. PEREZ,<br><br>　　　　　　　　　Defendants. | Case No.: 25-cv-1262-JO-DDL<br><br>**ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR EXTENSION OF TIME**<br><br>[Dkt. No. 17] |

On February 13, 2025, Plaintiff filed a complaint in the Superior Court of California, County of San Diego. Dkt. No. 1-3. Defendants removed the action to this Court on May 16, 2025. Dkt. No. 1.

On May 29, 2025, Defendants filed a Motion to Dismiss for Failure to State a Claim. Dkt No. 2.

On December 29, 2025, the Court issued a Report and Recommendation For Order Granting Defendants' Motion To Dismiss With Leave To Amend. Dkt. No. 15. The Court ordered the parties to file any written objections to the Report and Recommendation by January 12, 2026 and any replies to the objections by January 26, 2026. *Id.* at 11.

On January 6, 2026, Plaintiff filed a Motion for Extension of Time that was

entered onto the docket on January 14, 2026. Dkt. No. 17. Plaintiff seeks a sixty-day extension of time to file his objections to the Court's Report and Recommendation. *Id.* at 1. In support, Plaintiff states that he needs additional time to "ascertain all facts [] to satisfy the Court ruling."[1] *Id.*

Good cause appearing, Plaintiff's motion is **GRANTED IN PART** as follows: any written objections to the Report and Recommendation [*see* Dkt. No. 15] must be filed with the Court and served on all parties no later than **February 17, 2026**.[2] The document should be captioned "Objections to Report and Recommendation." Any reply to the objections shall be filed with the Court and served on all parties no later than **March 2, 2026**. The parties are advised that the failure to file objections within the specified time may waive the right to raise those objections on appeal of the Court's order. *See Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998).

**IT IS SO ORDERED.**

Dated: January 15, 2026

Hon. David D. Leshner
United States Magistrate Judge

---

[1] Attached to Plaintiff's motion are several documents related to inmate Michael Henderson. Dkt. No. 17 at 2-11. The Court is unsure of the purpose of these documents and has not considered them in its ruling.

[2] The instant motion is entitled ""Motion" Extension of Time. Leave to Amend Pursuant to Court Order December 29, 2025." Dkt. No. 17. For clarity, the February 16, 2026 deadline is not a deadline for Plaintiff to file an amended complaint. That deadline has not been set and will bet set by Judge Ohta should she choose to issue an Order Adopting the December 29, 2025 Report and Recommendation.