UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER D. WARSAW,

Plaintiff,

v.

CAPTAIN J. GARCIA, CDCR A.W - A MAY AND STAFF A. PEREZ,

Defendants.

Case No.:  25-cv-1262-JO-DDL

**ORDER REGARDING PLAINTIFF'S MOTION FOR ACCESS TO THE COURT [Dkt. No. 21]**

On February 19, 2026, Plaintiff filed a Motion for Access to the Court.  Dkt. No. 21.  Plaintiff seeks an order from the Court requiring the Richard J. Donovan Correctional Facility ("RJD") to provide him with access to materials that he needs to litigate his case.  *Id.*  Specifically, Plaintiff seeks access to the law library, photocopies, postage, pens and paper, and legal phone calls.  *Id.* at 1-2.  Plaintiff argues that these materials are necessary for his communications with the Court and that the lack of access to these items is "hindering and obstructing" him.  *Id.* at 2.  However, Plaintiff's motion does not describe with any degree of specificity what he asserts is being denied to him and what specific relief he is seeking.  For example, it is unclear from the motion whether Plaintiff asserts he is being denied all access to a law library or whether his access is limited in some other manner.

1

25-cv-1262-JO-DDL

Nor is it clear whether Plaintiff contends he is being denied postage and other supplies for his legal filings.  Accordingly, Plaintiff's motion is **DENIED WITHOUT PREJUDICE**.

Plaintiff's motion includes a 2018 order issued by the Honorable Kenly Kiya Kato addressing Plaintiff's request for similar relief in a different case.   *Id.* at 3-4. Judge Kato declined to order RJD to provide plaintiff access to the law library and legal calls but noted that Plaintiff "needs access to, among other things, legal materials regarding the pending matter, a law library, writing materials, and legal calls, as permitted by jail rules, to represent himself in the pending proceedings." *Id.* at 3.

While the Court will not order RJD to provide Plaintiff with specific legal materials at this time, Plaintiff, like all inmates, is entitled to meaningful access to the courts.  *See Bounds v. Smith*, 430 U.S. 817, 828 (1977) *overruled on other grounds by Lewis v. Casey*, 518 U.S. 343 (1996). This right to access the courts includes cases, such as this one, proceeding pursuant to 42 U.S.C. §1983.  *See Lewis*, 518 U.S. at 353-55.  "Inmates must be provided with a 'reasonable amount of time in the law library, in addition to writing materials and postage for communication with courts."  *Vernon v. Larios*, No. 23CV787-JO (MSB), 2023 WL 4412167, at *3 (S.D. Cal., July 7, 2023); *see also  Gluth v. Kangas*, 951 F.2d 1504, 1510 (9th Cir. 1991) ("While the Constitution does not require any particular number of pens or sheets of paper, it does require some.").

**IT IS SO ORDERED.**

Dated: March 20, 2026

Hon. David D. Leshner
United States Magistrate Judge

25-cv-1262-JO-DDL